No. 22-56012

# In the
# United States Court of Appeals
# For the Ninth Circuit

---

FEDERAL TRADE COMMISSION,

*Plaintiff-Appellee,*

v.

TRIANGLE MEDIA CORPORATION, *et al.,*

*Defendants-Appellees.*

v.

WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., proposed Intervenors,

*Movants-Appellants,*

---

THOMAS W. MCNAMARA,

*Receiver-Appellee.*

---

On Appeal from the United States District Court
for the Southern District of California
The Honorable Larry Alan Burns
Case No. 3:18-cv-01388-LAB-WVG

---

**INDEX VOLUME – EXCERPTS OF RECORD OF APPELLANTS
WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.**

---

*(Counsel listed on following page)*

---

March 8, 2023

Kevin M. Lally  
MCGUIREWOODS LLP  
355 South Grand Avenue  
Suite 4200  
Los Angeles, CA 90071  
T: (213) 457-9862  
klally@mcguirewoods.com  

David C. Powell  
Alicia A. Baiardo  
Jenny Yi  
MCGUIREWOODS LLP  
Two Embarcadero Center  
Suite 1300  
San Francisco, CA 94111  
T: (415) 844-9944  
dpowell@mcguirewoods.com  
abaiardo@mcguirewoods.com  
jyi@mcguirewoods.com  

Brian D. Schmalzbach  
MCGUIREWOODS LLP  
800 East Canal Street  
Richmond, VA 23219  
T: (804) 775-1000  
bschmalzbach@mcguirewoods.com  

*Counsel for Movants-Appellants Wells Fargo & Co.*  
*and Wells Fargo Bank, N.A.*

## INDEX VOLUME

| Docket Number | Document | Page |
|---|---|---|
| **Volume I** | | |
| 176 | Order Denying Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene | ER3 |
| **Volume II** | | |
| 175 | Receiver's Notice of Supplemental Authority in Support of Opposition to Proposed Intervenors' Motion to Intervene | ER16 |
| 172 | Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Reply In Support of Its Motion to Intervene | ER18 |
| 167 | Plaintiff FTC's Memorandum of Points and Authorities in Opposition to Motion to Intervene by Non-Party Wells Fargo | ER44 |
| 153 | Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Notice of Motion and Motion to Intervene | ER75 |
| 146 | Notice of Third Interim Application and Third Interim Application for Order Approving Fees and Expenses of the Receiver and His Professionals | ER78 |
| 142 | Order Granting Receiver's Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership | ER82 |
| 137 | Plaintiff Federal Trade Commission's Statement of Non-Opposition to the Receiver's Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership | ER85 |

| 136 | Receiver's Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership | ER88 |
| 134 | Order Granting in Part Receiver's Motion to Extend Completion Deadline | ER91 |
| 130 | Defendants Triangle Media Corporation, Jasper Rain Marketing LLC, and Brian Phillips' Opposition to the Receiver's Motion to Extend Completion Deadline | ER93 |
| 129-1 | Memorandum of Points and Authorities in Support of Receiver's Notice of Motion and Motion to Extend Completion Deadline | ER96 |
| 127 | [Modified] Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants Hardwire Interactive Inc., Global Northern Trading Limited, and Devin Keer | ER100 |
| 126 | [Modified] Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants Triangle Media Corporation, Jasper Rain Marketing LLC, and Brian Phillips | ER125 |
| 121 | Joint Motion for Entry of Stipulated Orders for Permanent Injunction and Final Judgment | ER149 |

**Volume III**

| 101 | First Amended Complaint for Permanent Injunction and Other Equitable Relief | ER157 |
| 75 | Preliminary Injunction | ER184 |
| 11 | Order Granting in Part and Denying in Part Plaintiff's *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue | ER212 |
| 9 | Plaintiff's Recommendation for Temporary Receiver | ER244 |

| | | |
|---|---|---|
| 8 | Certification and Declaration of Plaintiff's Counsel in Support of Plaintiff's *Ex Parte* Motions for Temporary Restraining Order and to Temporarily Seal the Case File | ER257 |
| 7 | *Ex Parte* Motion for Leave to File Memorandum in Excess of 25 Pages in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order | ER271 |
| 6 | Memorandum of Points and Authorities in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order | ER274 |
| 5 | Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order | ER318 |
| 1 | Complaint for Permanent Injunction and Other Equitable Relief | ER324 |
| 177 | Notice of Appeal | ER350 |
| N/A | District Court Docket Sheet | ER365 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

Dated: March 8, 2023         */s/ Brian D. Schmalzbach*
                             Brian D. Schmalzbach