UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEDERAL TRADE COMMISSION,

        Plaintiff - Appellee,

  v.

 TRIANGLE MEDIA
CORPORATION, a Delaware
corporation, AKA Beauty and Truth,
AKA E-Cigs, AKA Phenom Health,
AKA Triangle CRM; et al.,

        Defendants,

  v.

 WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.,

        Movants - Appellants,

------------------------------

THOMAS W. MCNAMARA,

        Receiver - Appellee.

No. 22-56012

D.C. No. 3:18-cv-01388-LAB-WVG
U.S. District Court for Southern
California, San Diego

**ORDER**

The opening brief submitted on March 8, 2023 is filed.

Within 7 days of this order, appellants are ordered to file 6 copies of the

brief in paper format with blue covers, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website at

http://www.ca9.uscourts.gov/forms/.

The excerpts of record submitted on March 8, 2023 are filed. Within 7 days

of this order, appellants are ordered to file 3 copies of the excerpts in paper format

securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The

address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7