No. 22-56012

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FEDERAL TRADE COMMISSION,

*Plaintiff-Appellee*,

v.

TRIANGLE MEDIA CORPORATION, et al.,

*Defendants-Appellees*.

v.

WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,
proposed Intervenors,

*Movants-Appellants,*

THOMAS W. MCNAMARA,

*Receiver-Appellee.*

On Appeal from the United States District Court
for the Southern District of California
No. 3:18-cv-01388-LAB-WVG
Hon. Larry Alan Burns

### RECEIVER-APPELLEE'S
### SUPPLEMENTAL EXCERPTS OF RECORD
### INDEX VOLUME

Logan D. Smith (SBN 212041)
Cornelia J. B. Gordon (SBN 320207)
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
lsmith@mcnamarallp.com
cgordon@mcnamarallp.com
*Attorneys for Receiver-Appellee*
*Thomas W. McNamara*

# INDEX

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 1 of 2** | | | |
| Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene | 12/20/21 | 168 | 1-SER-2 |
| Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene | 12/20/21 | 168-1 | 1-SER-34 |
| Exhibit 1 – Email from J. Rotter to Wells Fargo's Counsel re: Proposal for Pre-Filing Mediation (April 1, 2020) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-2 | 1-SER-37 |
| Exhibit 2 – Email from A. Baiardo to J. Rotter re: McGuire Woods' representation of Wells Fargo (April 13, 2020) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-3 | 1-SER-42 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| Exhibit 3 – *Federal Trade Commission v. Apex Capital Group LLC, et al.*, No. 2:18-cv-09573-JFW (JPRx) (C.D. Cal.), ECF Nos. 186, 186-1, Receiver's Notice of Unopposed Motion and Unopposed Motion to Extend Completion Deadline for Receivership and Interim Status Report (July 23, 2021) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-4 | 1-SER-44 |
| Exhibit 4 – *Federal Trade Commission v. Apex Capital Group LLC, et al.*, No. 2:18-cv-09573-JFW (JPRx) (C.D. Cal.), ECF No. 198 Order Granting Receiver's Unopposed Motion to Extend Completion Deadline for Receivership and Interim Status Report (August 12, 2021) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-5 | 1-SER-56 |
| Exhibit 5 – Email from Wells Fargo's Counsel to L. Smith re: Wells Fargo Motion to Intervene (August 19, 2021) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-6 | 1-SER-59 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| Exhibit 6 – Email from Wells Fargo's Counsel to L. Smith re: Wells Fargo Intervention Motion (August 30, 2021) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-7 | 1-SER-62 |
| Exhibit 7 – *Federal Trade Commission v. Apex Capital Group LLC, et al.*, No. 2:18-cv-09573-JFW (JPRx) (C.D. Cal.), ECF No. 207, Order Denying Defendants Sia Transact Pro's and Mark Moskvins's Motion to Modify, Vacate, or Set Aside Monetary Portion of Stipulated Permanent Injunction and Monetary Judgment (September 3, 2021) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-8 | 1-SER-64 |
| Exhibit 8 – Email from Wells Fargo's Counsel to L. Smith re: Wells Fargo Intervention Motion (October 26, 2021) (*Declaration of Logan D. Smith in Support of Receiver's Opposition to Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene*) | 12/20/21 | 168-9 | 1-SER-73 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| Declaration of Logan D. Smith Pursuant to 28 U.S.C. § 1746 (*Plaintiff FTC'S Memorandum of Points and Authorities in Opposition to Motion to Intervene by Non-Party Wells Fargo*) | 12/20/21 | 167-1 | 1-SER-76 |
| Exhibit A – Receiver's Notice of Unopposed Motion and Unopposed Motion to Extend Completion Deadline for Receivership and Interim Status Report (Apex ECF Nos. 186, 186-1) (*Declaration of Logan D. Smith Pursuant to 28 U.S.C. § 1746 in Support of Plaintiff FTC'S Memorandum of Points and Authorities in Opposition to Motion to Intervene by Non-Party Wells Fargo*) | 12/20/21 | 167-2 | 1-SER-83 |
| Exhibit B – Order Granting Receiver's Unopposed Motion to Extend Completion Deadline for Receivership and Interim Status Report (Apex ECF No. 198) (*Declaration of Logan D. Smith Pursuant to 28 U.S.C. § 1746 in Support of Plaintiff FTC'S Memorandum of Points and Authorities in Opposition to Motion to Intervene by Non-Party Wells Fargo*) | 12/20/21 | 167-3 | 1-SER-96 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| Exhibit C – Order Denying Defendants Sia Transact Pro's and Mark Moskvins's Motion To Modify, Vacate, or Set Aside Monetary Portion of Stipulated Permanent Injunction and Monetary Judgment (Apex ECF No. 207) (*Declaration of Logan D. Smith Pursuant to 28 U.S.C. § 1746 in Support of Plaintiff FTC'S Memorandum of Points and Authorities in Opposition to Motion to Intervene by Non-Party Wells Fargo*) | 12/20/21 | 167-4 | 1-SER-99 |
| Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Request for Judicial Notice in Support of Motion to Intervene | 11/10/21 | 154 | 1-SER-108 |
| Receiver's Reply in Support of Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership | 11/15/19 | 141 | 1-SER-226 |
| Exhibit 1 – FTC Letter dissolving asset freeze as to Hardwire Interactive, Inc. (November 12, 2019) (*Receiver's Reply in Support of Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership*) | 11/15/19 | 141-1 | 1-SER-231 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| Exhibit 2 – FTC Letter dissolving asset freeze as to Global Northern Trading Limited (November 12, 2019) (*Receiver's Reply in Support of Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership*) | 11/15/19 | 141-2 | 1-SER-234 |
| Exhibit 3 – Email from Ari Rothman to Counsel (May 31, 2019) (*Receiver's Reply in Support of Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership*) | 11/15/19 | 141-3 | 1-SER-236 |
| Exhibit 4 – Email exchange between A. Rothman and FTC (May 31-June 6, 2019) (*Receiver's Reply in Support of Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership*) | 11/15/19 | 141-4 | 1-SER-238 |
| Memorandum of Points and Authorities in Support of Receiver's Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership (*Receiver's Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership*) | 10/22/19 | 136-1 | 1-SER-241 |

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| Exhibit A – *S.E.C. v. Khanna* and *CFTC v. Khanna*, No. 3:09-cv-01783-BEN-WVG, ECF No. 130 (S.D. Cal. Mar. 18, 2013), Order Closing Actions and Retaining Post-Judgment Jurisdiction Over Receivership (*Memorandum of Points and Authorities in Support of Receiver's Motion for Authorization to Engage Contingency Fee Counsel and Extend Receivership*) | 10/22/19 | 136-2 | 1-SER-249 |
| **VOLUME 2 of 2** | | | |
| Plaintiff Federal Trade Commission's Notice of Motion and Motion for Leave to File Amended Complaint | 10/19/18 | 87 | 2-SER-254 |

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

Dated: May 8, 2023                    /s/ Logan D. Smith
                                                    Logan D. Smith